**Scott D. Eads**, OSB #910400
Email: seads@schwabe.com
**Jason A. Wrubleski**, OSB #120524
Email: jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **USNR, LLC**, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>**AMERICAN WOOD DRYERS, LLC**, a Delaware Limited Liability Company,<br><br>Defendants. | No. 3:24-cv-00865<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff USNR, LLC ("USNR") brings this Complaint for patent infringement against Defendant American Wood Dryers, LLC and alleges as follows:

## NATURE OF THE ACTION

1. This action concerns intellectual property related to lumber kilns, which are building-sized ovens for drying large loads or "charges" of lumber on an industrial scale.

Page 1 -    COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

2. This action is based on the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

3. This action arises out of Defendant's making, using, selling, and offering to sell single-pass continuous kilns (herein, "SPC kilns") that violate patents owned by USNR.

4. On information and belief, Defendant also employs USNR's patented methods in the construction of such kilns or their conversion from existing, non-SPC kilns, and also induces its customers to infringe USNR's patented methods.

## THE PARTIES

5. USNR is a Delaware limited liability company with its principal place of business in Woodland, Washington. USNR is a leading global supplier of equipment and technologies for the wood processing industry.

6. On information and belief, Defendant American Wood Dryers, LLC ("Defendant" or "AWD") is a Delaware limited liability company having a principal place of business in Clackamas, Oregon.

## JURISDICTION AND VENUE

7. This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. This Court has original subject matter jurisdiction over such claims pursuant to at least 28 U.S.C. §§ 1331 and 1338(a).

8. This Court has personal jurisdiction over AWD because AWD resides within this district and regularly conducts business in this district. On information and belief, AWD also has committed and continues to commit acts of patent infringement in this district including by making, using, offering to sell, and/or selling infringing SPC kilns within this district.

9. Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400 at least because AWD resides in this district, and because a substantial part of the events giving rise to

Page 2 -   COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

USNR's claims occurred within this district.

## FACTUAL BACKGROUND

10. USNR is a global leader in the development and supply of innovative equipment and technologies for the wood processing industry. USNR supplies systems, services, and support for wood processing plants around the world. USNR's innovations in this field have been recognized by the United States Patent and Trademark Office ("USPTO") through the issuance of numerous patents, including the patents-in-suit.

11. This lawsuit concerns patents covering USNR's unidirectional, dual-path lumber kilns, which dry multiple loads of lumber simultaneously as they travel along separate paths through the kiln. Traditional dual-path kilns have employed a "counter-flow" design with lumber on separate paths traveling in opposite directions through a common heated chamber. These traditional designs required a relatively large real estate footprint, both because of the necessity for lengthy, unheated sections on each of the opposing paths, as well as the need for space to stack dried or green lumber at both entrances and exits.

12. By contrast, USNR's unidirectional kilns are designed to dry wood traveling on multiple paths in parallel, and in the same direction. USNR's innovative designs permit a smaller footprint, lower construction costs, and lower costs of use than traditional dual-path kilns, among other advantages. For example, because all of the lumber charges enter and exit at the same ends, the handling and transport of the "green" (or raw) lumber and finished, dry lumber is simpler and more efficient compared to traditional counter-flow designs.

13. As detailed herein, AWD offers what it refers to as "single-pass, continuous kilns" ("SPC kilns") that are direct copies of USNR's unidirectional kilns. AWD's SPC kilns and related activities infringe several USNR patents covering that technology.

Page 3 -   COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

A.  **The Patents-in-Suit**

14. On November 1, 2016, the USPTO duly and lawfully issued United States Patent No. 9,482,465 ("the '465 patent"), entitled *Unidirectional Multi-Path Lumber Kilns*. USNR is the assignee and sole owner of the '465 patent, a true and correct copy of which is submitted herewith as Exhibit 1.

15. On July 18, 2017, the USPTO duly and lawfully issued United States Patent No. 9,709,328 ("the '328 patent"), entitled *Unidirectional Multi-Path Lumber Kilns*. USNR is the assignee and sole owner of the '328 patent, a true and correct copy of which is submitted herewith as Exhibit 2.

16. On February 12, 2019, the USPTO duly and lawfully issued United States Patent No. 10,203,156 ("the '156 patent"), entitled *Unidirectional Multi-Path Lumber Kilns*. USNR is the assignee and sole owner of the '156 patent, a true and correct copy of which is submitted herewith as Exhibit 3.

17. On August 29, 2023, the USPTO duly and lawfully issued United States Patent No. 11,740,020 ("the '020 patent"), entitled *Unidirectional Multi-Path Lumber Kilns*. USNR is the assignee and sole owner of the '020 patent, a true and correct copy of which is submitted herewith as Exhibit 4.

18. The '465, '328, '156, and '020 patents are hereinafter collectively referred to as the "USNR Patents-in-Suit."

B.  **AWD's Infringing Activities**

19. AWD has been making, using, selling, and offering to sell SPC kilns which infringe one or more claims of each of the USNR Patents-in-Suit. AWD's SPC kilns are described on its "Continuous Kilns" website at https://www.drykilns.com/continuous-kilns/

Page 4 -     COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

(submitted herewith as Exhibit 5), are depicted in AWD's promotional video titled "Dry Kiln for Lumber" at https://www.youtube.com/watch?v=RZIxqlBrH20 (accessed May 15, 2024), and were featured in an article titled "Trending Upward" that appeared in the May 2020 issue of *Timber Processing* magazine (submitted herewith as Exhibit 6).

20. AWD's SPC kilns directly infringe system and apparatus claims of the USNR Patents-in-Suit as detailed in Exhibits 7 through 10, attached hereto. References therein to AWD's "Continuous Kilns" website, to the "Dry Kilns for Lumber" video, and to "Trending Upward" are to the materials described in paragraph 19 above.

21. On information and belief, AWD also infringes, induces its customers to infringe, and contributes to infringement of other claims in the USNR Patents-in-Suit, including claims directed to methods of drying lumber and claims directed to methods of converting conventional kilns into unidirectional, multi-path kilns.

22. At no time has AWD had any express or implied authorization, license, or permission to practice the inventions claimed in the USNR Patents-in-Suit.

23. In or around April of 2024, USNR put AWD on actual notice of its rights in the USNR Patents-in-Suit and requested that AWD cease and desist its infringing activities. AWD's patent infringement continues.

## COUNT I

### *Infringement of United States Patent No. 9,482,465*

24. USNR restates and realleges each of the allegations of paragraphs 1-23 above as if fully set forth herein.

25. AWD has been making, using, selling, and offering to sell its SPC kilns that infringe claims of the '465 patent.

Page 5 -     COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

26. On information and belief, AWD has also been practicing methods that infringe claims of the '465 patent, inducing its customers to infringe the '465 patent, and/or contributing to infringement of the '465 patent.

27. For example and without limitation, AWD's SPC kilns infringe claim 1 of the '465 patent as set forth in Exhibit 7 hereto.

28. AWD's infringement is and has been willful and with full knowledge of the '465 patent and USNR's rights therein.

29. AWD's infringement of the '465 patent has caused, and unless restrained and enjoined, will continue to cause irreparable harm to USNR that cannot be adequately quantified or measured by monetary damages alone and for which there is no adequate remedy at law. USNR is entitled to preliminary and permanent injunctive relief preventing AWD from continuing to engage in patent infringement.

30. As a direct and proximate result of AWD's infringement, USNR has sustained actual damages in an amount to be proven at trial, but in no event less than a reasonable royalty.

31. AWD's conduct renders this an exceptional case under 35 U.S.C. § 285, entitling USNR to recover its attorneys' fees and costs incurred in this action.

## COUNT II

### *Infringement of United States Patent No. 9,709,328*

32. USNR restates and realleges each of the allegations of paragraphs 1-31 above as if fully set forth herein.

33. AWD has been making, using, selling, and offering to sell its SPC kilns that infringe claims of the '328 patent.

34. On information and belief, AWD has also been practicing methods that infringe

Page 6 -     COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

claims of the '328 patent, inducing its customers to infringe the '328 patent, and/or contributing to infringement of the '328 patent.

35. For example and without limitation, AWD's SPC kilns infringe claim 6 of the '328 patent as set forth in Exhibit 8 hereto.

36. AWD's infringement is and has been willful and with full knowledge of the '328 patent and USNR's rights therein.

37. AWD's infringement of the '328 patent has caused, and unless restrained and enjoined, will continue to cause irreparable harm to USNR that cannot be adequately quantified or measured by monetary damages alone and for which there is no adequate remedy at law. USNR is entitled to preliminary and permanent injunctive relief preventing AWD from continuing to engage in patent infringement.

38. As a direct and proximate result of AWD's infringement, USNR has sustained actual damages in an amount to be proven at trial, but in no event less than a reasonable royalty.

39. AWD's conduct renders this an exceptional case under 35 U.S.C. § 285, entitling USNR to recover its attorneys' fees and costs incurred in this action.

## COUNT III

### *Infringement of United States Patent No. 10,203,156*

40. USNR restates and realleges each of the allegations of paragraphs 1-39 above as if fully set forth herein.

41. AWD has been making, using, selling, and offering to sell its SPC kilns that infringe claims of the '156 patent.

42. On information and belief, AWD has also been practicing methods that infringe claims of the '156 patent, inducing its customers to infringe the '156 patent, and/or contributing

Page 7 -    COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

to infringement of the '156 patent.

43. For example and without limitation, AWD's SPC kilns infringe claim 1 of the '156 patent as set forth in Exhibit 9 hereto.

44. AWD's infringement is and has been willful and with full knowledge of the '156 patent and USNR's rights therein.

45. AWD's infringement of the '156 patent has caused, and unless restrained and enjoined, will continue to cause irreparable harm to USNR that cannot be adequately quantified or measured by monetary damages alone and for which there is no adequate remedy at law. USNR is entitled to preliminary and permanent injunctive relief preventing AWD from continuing to engage in patent infringement.

46. As a direct and proximate result of AWD's infringement, USNR has sustained actual damages in an amount to be proven at trial, but in no event less than a reasonable royalty.

47. AWD's conduct renders this an exceptional case under 35 U.S.C. § 285, entitling USNR to recover its attorneys' fees and costs incurred in this action.

## COUNT IV

### *Infringement of United States Patent No. 11,740,020*

48. USNR restates and realleges each of the allegations of paragraphs 1-47 above as if fully set forth herein.

49. AWD has been making, using, selling, and offering to sell its SPC kilns that infringe claims of the '020 patent.

50. On information and belief, AWD has also been practicing methods that infringe claims of the '020 patent, inducing its customers to infringe the '020 patent, and/or contributing to infringement of the '020 patent.

Page 8 -    COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

51.     For example and without limitation, AWD's SPC kilns infringe claim 9 of the '020 patent as set forth in Exhibit 10 hereto.

52.     AWD's infringement is and has been willful and with full knowledge of the '020 patent and USNR's rights therein.

53.     AWD's infringement of the '020 patent has caused, and unless restrained and enjoined, will continue to cause irreparable harm to USNR that cannot be adequately quantified or measured by monetary damages alone and for which there is no adequate remedy at law. USNR is entitled to preliminary and permanent injunctive relief preventing AWD from continuing to engage in patent infringement.

54.     As a direct and proximate result of AWD's infringement, USNR has sustained actual damages in an amount to be proven at trial, but in no event less than a reasonable royalty.

55.     AWD's conduct renders this an exceptional case under 35 U.S.C. § 285, entitling USNR to recover its attorneys' fees and costs incurred in this action.

## PRAYER FOR RELIEF

WHEREFORE, USNR respectfully requests that the Court enter judgment in its favor against AWD, granting the following relief:

A.     A judgment and declaration that AWD is liable for infringement of the USNR Patents-in-Suit;

B.     A judgment and orders preliminarily and permanently enjoining AWD and its agents, servants, officers, directors, employees, affiliated entities and all persons acting in concert or privity with it, from infringing each of the patents-in-suit, inducing infringement of each of the patents-in-suit, or contributing to infringement of each of the USNR Patents-in-Suit;

Page 9 -     COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

C. A judgment and order requiring AWD to pay USNR all damages caused by their direct or indirect infringement of each of the USNR Patents-in-Suit (but in no event less than a reasonable royalty) pursuant to 35 U.S.C. § 284;

D. A judgment and order finding that AWD's infringements have been willful and trebling the awarded damages as provided by governing law;

E. A judgment and order requiring AWD to pay USNR supplemental damages or profits for any continuing post-verdict infringement up until the entry of a final judgment, with an accounting, if needed;

F. A judgment and order requiring AWD to pay USNR pre-judgment and post-judgment interest on any damages or profits awarded;

G. A determination that this action is an exceptional case pursuant to 35 U.S.C. § 285;

H. An award of USNR's attorney fees, costs and expenses incurred in bringing and prosecuting this action, pursuant to 35 U.S.C. § 285; and

I. Such other and additional relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), USNR respectfully requests a trial by jury of all issues so triable.

Page 10 -   COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

Dated this 29th day of May, 2024.

        Respectfully submitted,

        SCHWABE, WILLIAMSON & WYATT, P.C.

        By: *s/ Jason A. Wrubleski*
             Scott D. Eads, OSB #910400
             Jason A. Wrubleski, OSB #120524

        *Attorneys for Plaintiff*

Page 11 -   COMPLAINT FOR PATENT INFRINGEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900