**Jason A. Wrubleski**, OR #OSB #120524
Email: jwrubleski@schwabe.com
**Elizabeth A. Graves,** OSB #193644
Email: egraves@schwabe.com
**Scott D. Eads**, OSB #OSB #910400
Email: seads@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **USNR, LLC**, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff / Counter-Defendant,<br><br>　vs.<br><br>**AMERICAN WOOD DRYERS, LLC**, a Delaware Limited Liability Company,<br><br>　　　　Defendant / Counter-Plaintiff. | NO. 3:24-CV-00865-IM<br><br>**DECLARATION OF JASON A. WRUBLESKI IN SUPPORT OF USNR, LLC'S OPPOSITION TO AMERICAN WOOD DRYERS'S MOTION TO STAY CASE PENDING *EX PARTE* REEXAMINATIONS** |

Page 1 -    WRUBLESKI DECL. ISO USNR'S RESPONSE IN
　　　　　 OPPOSITION TO AMERICAN WOOD DRYERS'
　　　　　 MOTION TO STAY

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

I, Jason A. Wrubleski, declare as follows:

1. I am one of the attorneys for Plaintiff USNR, LLC ("USNR") in the above-captioned case. I make this declaration in support of USNR's Response in Opposition to American Wood Dryers, LLC's ("AWD") Motion to Stay Case Pending *Ex Parte* Reexaminations, based on my personal knowledge and my review of records maintained in the ordinary course of business.

2. Submitted herewith as Exhibit 1 is a true and correct copy of a letter sent by my office to Bruce Shreeve, AWD's President, on April 11, 2024. Certain exhibits to the letter have been omitted.

3. Submitted herewith as Exhibit 2 is a true and correct copy of a letter sent by my office to AWD's counsel on May 29, 2024. Certain portions have been redacted to avoid disclosure of confidential settlement communications. This letter originally enclosed file-stamped copies of USNR's Complaint and exhibits thereto (ECF 1 through ECF 1-10), which have been omitted from this filing.

4. Submitted herewith as Exhibit 3 is a true and correct copy of a printout from AWD's web page at https://www.drykilns.com/remodels-and-retrofits/ (accessed April 11, 2024).

5. Submitted herewith as Exhibits 4-7 are true and correct copies of AWD's Requests for *Ex Parte* Reexamination of U.S. Patent No. 9,482,465 (the "'465 Patent"); U.S. Patent No. 9,709,328 (the "'328 Patent"); U.S. Patent No. 10,203,156 (the "'156 Patent"); and U.S. Patent No. 11,740,020 (the "'020 Patent"), respectively.

6. Submitted herewith as Exhibit 8 is a true and correct copy of a USPTO document titled "*Ex Parte* Reexamination Filing Data – September 30, 2024," retrieved from https://www.uspto.gov/sites/default/files/documents/ex_parte_historical_stats_.pdf (accessed March 17, 2025). This document has been excerpted from a larger document containing similar reports for years prior to 2024.

Page 2 - WRUBLESKI DECL. ISO USNR'S RESPONSE IN OPPOSITION TO AMERICAN WOOD DRYERS' MOTION TO STAY

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

7.      As of this filing, USNR has produced 3,065 pages of documents to AWD in response to AWD's discovery requests.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 20, 2025 in Portland, Oregon.

*s/ Jason A. Wrubleski*
Jason A. Wrubleski

Page 3 -    WRUBLESKI DECL. ISO USNR'S RESPONSE IN OPPOSITION TO AMERICAN WOOD DRYERS' MOTION TO STAY

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900