# Schwabe

May 29, 2024

**Jason A. Wrubleski**
Admitted in Oregon, Washington and California
D: 503-796-2847
C: 503-830-5950
jwrubleski@schwabe.com

**SUBJECT TO FED. R. EVID. 408**

VIA E-MAIL (WQURESHI@JW.COM)

Wasif Qureshi
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010

RE:   AWD Infringements of USNR Patents for Unidirectional Kiln

Dear Wasif:

We are in receipt of your May 10 correspondence and are disappointed that AWD elected not to meaningfully address USNR's infringement concerns.

Please find attached a courtesy copy of a Complaint that we filed on USNR's behalf today in the U.S. District Court of the District of Oregon. The Complaint details USNR's allegations concerning AWD's continuing infringement of four USNR patents protecting its novel unidirectional kiln technology.



Thank you for your continued attention to this important matter.

Very truly yours,

*[signature]*

Jason A. Wrubleski
JWR:sjb