

Contact Us (800) 648-4876  info@drykilns.com

- Continuous Kilns
- Package Kilns
- Track Kilns
- Specialty Systems
- Secondary Systems
- American Know-How
- Remodels & Retrofits
- Parts & Service

## REMODELS AND RETROFITS

**Batch to Continuous Conversions**
Reduce drying times, improve grade and increase kiln production by modifying existing batch kilns. Extend old kilns with preheat and conditioning sections, adding hydraulic pushers and modifying control systems.

**Doors, Walls and Roofs**
Tighten up kiln enclosures. Leaky door seals, deformed or punctured walls from fork truck damage and waterlogged insulation in your roof can rob your profits. The American panel system makes repairs inexpensive and can often be made on short down times between charges. Take advantage of American's field crew to install the improvements.

**Control Systems**
Take advantage of American's engineering flexibility to update to your system to coordinate with current and future operations. We can supply a PLC system or our proprietary Drystar PC based system. American works with all the most popular moisture measurement systems so integration is seamless.

**Heat energy systems**
American offers direct fire, steam, thermal oil or hot water. All fuel types available including natural gas, green and dry wood waste and others.

**Fan and VFD speed control systems**
Fan system modernization is an excellent way to to extract savings out of your operating costs. Improve efficiency, drying times with better air flow. Reduce maintenance on old line shaft arrangements. Reduce electrical power cost up to 20% with programmable speed controls.

### ASSISTANCE

**Need help with a project or have questions about an existing kiln? Searching for parts?**

Our friendly and knowledgeable staff are standing by to help you.

**Contact us** to discuss your unique drying needs or call (800) 648-4876

*American can advance your idea into a real working solution. We know wood!*

---

**Contact Information**

**Toll Free:** (800) 648-4876
**Local:** (503) 655-1955
**Fax:** (503) 657-1304
**Email:** info@drykilns.com

AMERICAN WOOD DRYERS, LLC
15495 SE For Mor Court
Clackamas, OR 97015

### ASSISTANCE

**Need help with a project or have questions about an existing kiln? Searching for parts?** Our friendly and knowledgeable staff are standing by to help you.
**Contact us** to discuss your unique drying needs.

Document title: Remodels &amp; Retrofits - American Wood Dryers, Inc.
Capture URL: https://www.drykilns.com/remodels-and-retrofits/
Capture timestamp (UTC): Thu, 11 Apr 2024 17:41:58 GMT

Exhibit 3
Page 1 of 1

Page 1 of 1