

United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………………………………………………  15541
    a. By patent owner                                                    4066    26.2%
    b. by other member of the public                                     11300    72.7%
    c. By order of Commissioner                                            175     1.1%

2. Number of Filings by discipline
    a. Chemical Operation                                                 4032    25.9%
    b. Electrical Operation                                               5978    38.5%
    c. Mechanical Operation                                               5095    32.8%
    d. Design Patents                                                      436     2.8%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 |  |  |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 |  |  |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 |  |  |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 |  |  |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 |  |  |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 |  |  |

4. Number known to be in litigation…………………………………………………………………  6099    39.2%

5. Decisions on requests [2] …………………………………………………………………………  15536
    a. No. granted                                                       14386    92.6%
        (1) By examiner                                                  14197
        (2) By Director (on petition)                                      189
    b. No. denied                                                         1244     8.0%
        (1) By examiner                                                   1150
        (2) Reexam vacated                                                  94

6. Total examiner denials (includes denials reversed by Director)………………………………  1138
    a. Patent owner requester                                              533    46.8%
    b. Third party requester                                               605    53.2%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

Exhibit 8    1/2
Page 1 of 2

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency — 25.1 (mos.)
    b. Median pendency — 18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………  12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER  6853
        a. All claims confirmed  1620  23.6%
        b. All claims canceled  781  11.4%
        c. Claims changed  4452  65.0%
    b. Certificates – 3rd PARTY REQUESTER  5794
        a. All claims confirmed  1172  20.2%
        b. All claims canceled  980  16.9%
        c. Claims changed  3642  62.9%
    c. Certificates – COMMISSIONER INITIATED REEXAM  174
        a. All claims confirmed  17  9.8%
        b. All claims canceled  46  26.4%
        c. Claims changed  111  63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

Exhibit 8    2/2
Page 2 of 2