IN THE UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF OREGON

| | |
|---|---|
| **USNR, LLC**, a Delaware Limited Liability Company, <br><br>          Plaintiff, <br><br>     vs. <br><br> **AMERICAN WOOD DRYERS, LLC**, a Delaware Limited Liability Company, <br><br>          Defendant. | No. 3:24-CV-00865-IM <br><br><br> **SUPPLEMENTAL DECLARATION OF DR. RUBIN SHMULSKY IN SUPPORT OF USNR'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

I, Rubin Shmulsky, hereby declare:

1.      I have been retained by USNR, LLC ("USNR"), through its counsel, to provide expert testimony in connection with U.S. Patent Nos. 8,875,414 ("the '414 Patent"); 9,482,465 ("the '465 Patent"); 9,709,328 ("the '328 Patent"); 10,203,156 ("the '156 Patent"); 10,969,172 ("the '172 Patent"); and 11,740,020 ("the '020 Patent") (together, the "Asserted Patents").  I provide this report based on my personal knowledge and expert opinions, and if called as a witness could and would competently testify thereto.

2.      My qualifications are set forth in paragraphs 3-10 of an April 29, 2026 declaration that I understand was submitted in connection with USNR's May 1, 2026 opening claim construction brief.

3.      It has recently come to my attention that through a clerical error, that declaration omitted a copy of my *curriculum vitae* referred to as "Appendix A," which is attached hereto.  I

Page 1 -    SUPP. SHMULSKY DECL. I/S/O USNR'S RESPONSIVE
            CLAIM CONSTRUCTION BRIEF

have been informed that this document was previously provided to counsel for Defendant American Wood Dryers ("AWD") at least on December 29, 2025.

4.     In the paragraphs below, I provide certain opinions responsive to AWD's claim construction positions.

**A.     "pusher [mechanism/device]"**

5.     I have been informed that apart from the terms "pusher device" and "pusher mechanism," AWD contends that a POSITA would not reasonably know what is meant by the phrase "pusher device configured to push."

6.     I do not understand AWD's contention.  The terms "pusher device" and "pusher mechanism" are used several times in the claims of all six Asserted Patents, but AWD's phrase only appears in two claims of the '156 Patent, including asserted claim 15 as follows (additional claims reproduced for context):

> 12. The system of claim 1, further including a first guide member and a second guide member extending through the elongated enclosure along the first and second flow paths, respectively.
>
> …
>
> 14. The system of claim 12, wherein the transport system includes a first transport device positioned to advance the first lumber charge along the first guide member in the first direction and a second transport device positioned to advance the second lumber charge along the second guide member in the first direction.
>
> 15. The system of claim 14, wherein each of the first and second guide members independently comprises one or more rails and each of the first and second transport devices is a **pusher device configured to push** a movable support, with a lumber charge disposed thereon, along the respective one or more rails.

*('156 Patent at 12:58-13:20 (emphases added).)*

7.     A POSITA reading these claims would recognize that claim 14 broadly covers configurations where any kind of transport devices are configured to advance lumber separately along any kind of guide members, and that claim 15 narrows this configuration to cases in which the transport device is specifically a pusher device, the lumber is on movable supports, and the guide members are specifically rails.

Page 2 -     SUPP. SHMULSKY DECL. I/S/O USNR'S RESPONSIVE
             CLAIM CONSTRUCTION BRIEF

8.     A POSITA would not pay any mind to the words "pusher device configured to push" by themselves, which are just part of a larger phrase specifying that the pusher devices separately push movable supports with lumber along two or more rails.  A POSITA would understand that phrase to simply mean what it says.

**B.     "transport assembl(ies)" and "transport device(s)"**

9.     I have been informed that apart from the terms "transport device(s)" and "transport assembl(ies)," AWD contends that a POSITA would not reasonably know what is meant by the phrase "transport device configured to advance."

10.     I do not understand this contention, either.  The terms "transport device(s)" and "transport assembl(ies)" appear in many claims across all six of the Asserted Patents.  By contrast, the only asserted claim where AWD's phrase appears is claim 14 of the '414 Patent (which I am informed includes the elements of claim 13),[1] as follows:

> 13. The method of claim 12, further comprising coupling a first transport device to the first movable support member or the first guide member, the first **transport device configured to advance** the first movable support member along the first guide member in the first direction of flow.

> 14. The method of claim 13, further comprising coupling a second transport device to the second movable support member or the second guide member, the second **transport device configured to advance** the second movable support member along the second guide member in the first direction of flow.

*(Emphases added.)*

11.     These claims both depend from claim '414 Patent claim 12, which claims "[a] method for converting an existing kiln to a unidirectional multi-path kiln."  A POSITA would understand claims 13 and 14 to cover the acts of installing first and second transport devices, respectively, such that during operation, those devices would advance first and second movable supports, respectively, along first and second guide members, but in the same direction of flow (hence the kilns' "unidirectional" design).

---

[1] This string of words also appears in '156 Patent claim 16 and '172 Patent claim 2, neither of which I understand are currently asserted in this case.

Page 3 -     SUPP. SHMULSKY DECL. I/S/O USNR'S RESPONSIVE
             CLAIM CONSTRUCTION BRIEF

12.     A POSITA would not pay any mind to the phrase "transport device configured to advance" which appears taken out of context insofar as it excludes most of the claim language a POSITA would consider part of the relevant phrase.

13.     A POSITA would understand that phrase to mean what it says, *i.e.* that the transport devices are configured to work with movable supports and guide members having certain characteristics as recited.

14.     I have also been informed that AWD contends the phrase "transport device configured to advance" should be construed according to 35 U.S.C. § 112(6). I am not a lawyer, but have been informed that that means any construction for the term would be limited to covering specific items or equipment (or "structure," which I have been informed is a legal term) disclosed in the patents' specification for moving lumber through the kiln.

15.     Items and equipment disclosed in the patents' specification for moving lumber through the kiln is described in the following passages:

> Transport assembly **150** may be coupled to movable support **190** and/or to guide member **108**. Transport assembly **150** may be disposed over, under, or next to guide member **108**. Transport assembly **150** can be any mechanism or device configured to push or pull one or more movable supports **190** along a flow path. In some embodiments, transport assembly **150** may include a motor or a pulley/winch coupled to movable support **190**. In other embodiments, transport assembly **150** may be coupled to guide member **108**. For example, the motive force mechanism may include an endless loop (e.g., a chain or belt mounted on sprockets/wheels) that extends between the first and third portions of guide member **108**. Movable supports **190** may be connected to the endless loop, which may be driven to transport the lumber charges through the kiln along guide member **108**.

> Optionally, transport assembly **150** may be a pusher device as described in U.S. Pat. No. 8,201,501, the full disclosure of which is hereby incorporated by reference. Essentially, this pusher device is configured to travel along a track that includes two parallel rails and a chain extending between the rails.
> …
> At block **507**, a transport device (e.g., transport assembly **150**) may be coupled to the movable support member or the guide member. The transport device may be configured to advance the movable support along the guide member. In some embodiments, the transport device may include a pusher device, a motor, and/or a pulley/winch. Some embodiments may include two or more transport devices, with each of the transport devices positioned along each of the paths of flow (see e.g., FIG. 1D). Optionally, a single transport device may be provided along or between paths of flow, and may be configured to move lumber charges along multiple flow paths (see e.g., FIG. 1C).

*('414 Patent at 5:10-30, 9:63-10:7.)*

Page 4 -     SUPP. SHMULSKY DECL. I/S/O USNR'S RESPONSIVE
               CLAIM CONSTRUCTION BRIEF

16.    In addition to explaining that they can be "any mechanism or device configured to push or pull one or more movable supports [] along a flow path" ('414 Patent at 5:13-15), these passages would inform a POSITA that a "transport assembly" or "transport device" "may be coupled to the movable support member [*e.g.* a cart] or the guide member [*e.g.* a rail or track]" (*id.* at 9:63-65, *see also id.* at 5:15-18 (similar)); that it can specifically be a "pusher device" (*id.* at 10:1); that it "may include a motor or a pully/winch coupled to [a] movable support" (*id.* at 5:15-17; *see also id.* at 9:67-10:1 (similar); and that it may also include "an endless loop (*e.g.*, a chain or belt mounted on sprockets/wheels)" that is "coupled to [a] guide member" (*id.*at 5:17-21).

17.    Accordingly, a POSITA would understand the "structure" disclosed in the specification for the terms "transport assemb(lies)" and "transport device(s)" to include a pusher device; a motor coupled with a movable support; a pulley/winch coupled with a movable support; and/or an endless loop coupled with a guide member.

18.    Finally, I note that some asserted claims specifically refer to the "transport assembly" or "transport device" being a "pusher [device/mechanism]."  (*See* '328 Patent claim 11, '156 Patent claim 15, '172 Patent claim 7, and '020 claim 13.)  For those claims, a POSITA would understand that the "transport assembly" or "transport device" is a pusher, because that is what the claims say it is.

**C.    "transport system"**

19.    I have been informed that apart from the term "transport system," AWD contends that a POSITA would not reasonably know what is meant by the phrases "transport system configured to advance" and "transport system [selectively] operable to advance."

20.    I do not understand this contention, either.  The term "transport system" is used many times in the claims of five out of the six Asserted Patents, but AWD's phrases are taken from just three asserted patent claims.  Here are those phrases as they appear in the context of those claims:

- "… a **transport system configured to advance** a first lumber charge in a first direction along a first flow path that extends through the first side [of the second chamber] and to advance a second lumber charge in the first direction along a second flow path that extends through the second side [of the second chamber]…" ('328 Patent claim 6)

- "… a **transport system selectively operable to advance** a first lumber charge and a second lumber charge in a first direction along the first flow path and the second flow path, respectively" ('020 Patent claim 9)

- "… a **transport system operable to advance** a first and a second lumber charge along a first and a second flow path, respectively, in a first direction, wherein the first and second flow paths extend from the charge entry to the charge exit on opposite sides of and generally parallel to the longitudinal axis [of the elongated enclosure]…"  ('156 claim 1)

21.     A POSITA would recognize that the language above is primarily concerned with setting out the requirements for the "flow paths" of the claimed kiln designs, *e.g.* how they are oriented with respect to the body of the kiln, and which direction the lumber travels in.  Many claims of the Asserted Patents contain similar recitals.  A POSITA would recognize that for these particular claims, those characteristics of the "flow paths" are simply set out in terms of what the transport system—*i.e.* the equipment that moves the lumber—is set up to do.

22.     As such, a POSITA would not pay any mind to the words "transport system configured to advance" or "transport system [selectively] operable to advance" by themselves, which appear taken out of context insofar as they exclude most of the claim language that a POSITA would consider part of the relevant phrases.

23.     A POSITA would understand those phrases to mean what they say, *i.e.* that the transport system of the kiln is configured to work with flow paths having certain characteristics as recited.

**D.     "computing system"**

24.     Claim 13 of the '328 Patent recites, "a computing system operatively coupled with the transport system, the computing system configured to control the first transport assembly to thereby control a rate of travel of the first lumber charge through the elongated enclosure."

25.    I understand that AWD contends a POSITA's understanding of this language would be dictated by the phrase "a computing system configured to control." I disagree with that contention. As with AWD's other phrases discussed above, the phrase "computing system configured to control" is part of a larger recital, which a POSITA would understand to mean just what it says. A POSITA would not pick out the words "computing system configured to control" as having any particular import.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 14, 2026 in Starkville, Mississippi.

By: _____
    DR. RUBIN SHMULSKY

APPENDIX A

Curriculum Vitae

November 2025

Dr. Rubin Shmulsky
President, Timber Technology Authority, LLC
377 Bent Tree Road
Starkville, MS 39759

Tel: 662-617-4607
Email: timbertechnology@yahoo.com

**Education:**
Ph.D. in Forest Products. Mississippi State University, Starkville.
M.S. in Forest Products. Mississippi State University, Starkville.
B.S. in Building Materials & Wood Tech. Forestry minor. University of MA, Amherst. Cum Laude.
New England Kiln Drying Assoc. (NEKDA) workshop on seasoning hardwood lumber. 1994.

**Experience:**
**Private Sector:**
8/2000 – Present: President, Timber Technology Authority, LLC.
6/94 - 8/2000: Professional forest products and light frame construction consultant
7/94 - 5/95: Forest Products Associates, custom dry kiln.
3/94 - 7/94: Architectural Timber and Millwork.
1/88 - 1/94: Shmulsky Construction and Home Inspection Service.

**Public Sector:**
- 4/2008 – Present: MS State Univ., Professor and Head of Department, Sustainable Bioproducts (formerly Forest Products)
- 5/2007 – 3/2008: MS State Univ., Interim Head of Department, Forest Products
- 7/2004 – 3/2008: MS State Univ., Associate Professor of Forest Products
- Research and development of wood products and production systems
- Courses:       Lumber Manufacturing
                 Physical Properties of Wood
                 Wood Technology and Products
                 Introduction to Statics and strength of wood materials

- 6/2000 – 6-2004: Univ. of MN, Twin Cities, Wood and Paper Science Dept., Assistant Professor.
- Wood and biobased products, performance, applications, and materials science research
- Courses:       Wood-Based Panel Technology          Wood Composites
                 Statics & Engineering Mechanics      Mechanics and Structural Design
                 Advanced Wood Drying                 Advanced Panel Products Technology
                 Mechanics of Wood and Wood Composites

- 7/98 - 6/2000: MS State Univ., Forest Products Department, Instructor.
- Research and Technical Assistance: wood products, production systems, environmental issues
- Courses:       Lumber Manufacturing        Furniture Production I
                 Furniture Production II     Introduction to Forest Industries: Sawmilling

1

APPENDIX A

7/95 - 7/98: MS State Univ. Forest Products Lab. Research and Teaching Assistant.

**Patent:**
Separator for dewatering particulate matter suspended in water. U.S. Patent #9,675,915. Inventors: Warden, T.W., S. Miller, R. Shmulsky, J. Finn, and R. Lane.

**Textbooks:**
- Shmulsky, R., and P.D. Jones. 2019. Forest Products and Wood Science, an Introduction, 7th ed. J.W. Wiley Publishing, Hoboken, NJ.

- Shmulsky, R., and P.D. Jones. 2011. Forest Products and Wood Science, an Introduction, 6th ed. J.W. Wiley Publishing, New York, NY.

- Bowyer, J.L., R. Shmulsky, and J.G. Haygreen. 2007. Forest Products and Wood Science, an Introduction, 5th ed. Blackwell Publishing, Ames, IA.

- Bowyer, J.L., R. Shmulsky, and J.G. Haygreen. 2003. Forest Products and Wood Science, an Introduction, 4th ed. ISU Press, a Blackwell Company.

**Professional Activities:**
Forest Products Society
        International Conference Chair: 2017.
        Executive Board Member: 2010-2012
        Chair: Softwood Lumber Group: 2006-2009, 2001-2003.
        Vice Chair: Wood Physics and Drying Group: 1998-2000, 2004-2006.
        Trustee, Mid South Section, Forest Products Society: 2004-2006.
        Chair, Mid South Section, Forest Products Society: 2007
Society of Wood Science and Technology
        Board member: 2016-2018
        Chair Accreditation Committee 2007-2009
        Vice Chair Accreditation Committee: 2005-2007, member 2001-present.
        Education Committee: 2001-present.
Active member in:
ANSI Accredited Standards Committee O5 (2022-present)
        ANSI O5.1: Wood Poles: Specifications and Dimensions
        ANSI O5.2: Wood Poles – Structural Glued Laminated Timber for Utility Structures
                Vice chair 2025-2028
        ANSI O5.3: Solid-Sawn Wood Crossarms, Braces, and Ground Wired Moulding: Specifications and Dimensions
        ANSI O5: Wood Poles Package
American Society of Civil Engineers
American Wood Protection Association
Mississippi Forestry Association (former Board member)
Society of American Foresters
Southern Pressure Treaters' Association
North American Matting Association (Chair, technical committee)
Southern Forest Products Association
Composite Panel Association

APPENDIX A

Mississippi Lumber Manufacturers Association (former Board member).

Fellow: International Academy of Wood Science.

**Refereed Manuscripts:**

- Azad, S., L. Khademibami, T. Bowman, I. Montague, K. Naka, S. Fatemi, R. Shmulsky. 2025. Nondestructive evaluation of lumber and CLT from pine trees felled for up to one year. Forest Products Journal. 75(4):433-440.
- Belaidi, D., M. Mohammadabadi, F. Franca, R. Shmulsky, X. Wang, R.D. Seale, W. Nkeuwa. 2025. Correlation between nondestructive assessment of wood veneers and the resulting laminated veneer lumber. Wood and fiber Science. 57(4), 2025, pp. 187-199.
- Rezaei, F., C.A. Senalik, R. Shmulsky, U. Lamichhane, T.J. Beasley, R.D. Seale, N. Irby. 2025. In track quality evaluation of oak ties using ground penetrating radar. Wood Material Science & Engineering. Taylor & Francis. https://doi.org/10.1080/17480272.2025.2564172
- Rezaei, F., R. Shmulsky, D. Seale. 2024. Production and design value assessment of sweetgum LVL for temporary infrastructure bridging. Advances in Civil Engineering Technology. 6(3) ACET.000640.2024. 7 p.
- Shmulsky, R., L. Khademibami, Z. Kyzer, S.A. Fatemi, H. Undadi, X. Wang. 2025. Toughness of loblolly pine salvaged after 0 to 6 months on the ground. Forest Products Journal. 75(3):271-274.
- Fatemi, S.A., R. Shmulsky, Z. Cai, Q. Yan, Z. Kyzer. 2025. Nondestructive evaluation of lignin-foam blocks using acoustic velocity method. Forest Products Journal. 75(2):136-143.
- Khademibami, L., R. Shmulsky, F. Rezaei, N. Irby, C.A. Senalik, S.A. Fatemi. 2025. Nondestructive and destructive testing of wood railroad ties. Forest Products Journal. 75(2):129-135.
- Wiedenhoeft, A.C., P. Ravindran, A. Costa, R. Shmulsky, F.C. Owens. 2025. Delving into the porosity domain continuum in hardwood growth rings: what can we learn from computer vision wood identification models? BioResources 29(2): 3002-3023.
- Rezaei, F., Z. Kyzer, R. Shmulsky, C.A. Senalik. Feb 3, 2025. Production and design-value assessment of number on grade three-timber oak access mats. Wood Material Science & Engineering. DOI: 10.1080/17480272.2025.2456969.
- Shmulsky, R., L. Khademibami, F. Rezaei. 2025. Pilot-scale drying of southern pine (Pinus spp.) lumber in a heated tube dryer. iForest. 18: 10-15. Doi:10.3832/ifor4583-017.
- Khademibami, L., R. Shmulsky, F.J.N. Franca, N. Irby, C.A. Senalik, S.A. Fatemi. 2024. Acoustic velocity of rail ties with free and fixed boundary conditions. Forest Products Journal. 75(1):1-7.
- Spinelli Correa, L.M., R. Shmulsky, R.J. Ross. 2024. Proceedings, structural and engineered hardwood materials and applications workshop. General Technical Report FPL-GTR-301. Madison, WI: U.S. Department of Agriculture, Forest Service, Forest Products Laboratory. 64 p.
- Owens, F.C., P. Ravindran, A. Costa, R. Shmulsky, A. C. Wiedenhoeft. 2024. Predicting hardwood porosity domains: toward cascading computer-vision wood identification models. BioResources 19(4), 9741-9772. DOI: 10.15376/biores.19.4.9741-9772.
- Senalik, C.A., L. Khademibami, R. Shmulsky, R.D. Seale, R.J.Ross, M. Mohammadabadi, K. Ward, T. Williamson. 2024. Evaluation of creep performance of structural insulated panels (SIPs) phase 3. Research Paper FPL-RP-720. Madison, WI.: U.S. Department of Agriculture, Forest Service, Forest Products Laboratory. 7p. https://doi.org/10.2737/FPL-RP-720.
- Correa, Laurice M. Spinelli, T. Johnson, K.W. Ragon, R. Shmulsky, X. Wang. 2024. Condition assessment of the northern climatic research house at the USDA Forest Service, Forest Products Laboratory. Forest Products Laboratory. Research Note FPL-RN-0428. 14 p.

3

APPENDIX A

- Craig, Mia, I. Montague, R. Shmulsky. 2024. Consumer perceptions toward the use of reclaimed wood in secondary wood products. Forest Products Journal. 74(2):151-158. Doi:10.13073/FPJ-D-24-00003.
- Khademibami, L., Shmulsky, R., Senalik, C.A., Seale, R. D., Ross, R. J., Mohammadabadi, M., and Williamson, T., Fatemi, S. A. (2024). Forest Products Journal-Special issue. In press.
- Seale, R. D., Senalik, C.A., Shmulsky, R., Ross, R. J., Khademibami, L., Mohammadabadi, M., and Williamson, T. (2024). Development of a Test Method to Monitor Creep Behavior of Structural Insulated Panels under Load. USDA Forest Service Forest Products Laboratory Research Note FPL–RN–0426.
- Shmulsky, R., L. Khademibami, R.J. Ross, C.A. Senalik, K.W. Ragon, B.K. Brashaw. 2024. Assessment of condition and decay of wooden mats used in the construction industry: with a review of state-of-the-art wood condition assessment techniques. General Technical Report FPL-GTR-300. Madison, WI. U.S.D.A. Forest Service, Forest Products Laboratory. 15 p.
- Quin, F., Jr., T. Franca, J.T. Street, H. Lim, R. Shmulsky. 2024. Structural performance of connectors in a hardwood stairway handrail guard system. Bioresources 19(1):1410-1432.
- Shmulsky, R., C.A. Senalik, L. Khademibami, M. Mohammadabadi, R.D. Seale, T. Williamson, R.J. Ross. 2023. Investigation of the role of shear deflection in the flexural performance of structural insulated panels. Forest Products Journal. 73(4):378-383.
- Quin, F. Jr., S. Ayanleye, T.S.F.A. Franca, R. Shmulsky, H. Lim. 2023. Bonding performance of preservative treated CLT post-treated with Cu-based preservatives. Forest Products Journal. 73(4):326-338. Doi:10.13073/FPJ-D-23-00031.
- Khademibami, L., R. Shmulsky, C.A. Senalik, R.D. Seale, R.J. Ross, M. Mohammadabadi, T. Williamson. 2023. The influence of foam density on the flexural properties of structural insulated panels. Forest Products Journal. 73(4):357-361.
- Correa Spinelli, L.M., R. Shmulsky, F.J.N. Franca. Case study of 3-ply commercial southern pine CLT mechanical properties and design values. Wood and Fiber Science. 55(1), 2023, pp. 94-99. https://doi.org/10.22382/wfs-2023-09.
- Franca, T.S.F.A., F.J.N. Franca, R.D. Seale, R. Shmulsky. 2023. Impact of growth characteristics on properties of 2x8 southern yellow pine structural lumber. Forest Products Journal. 73(4):312-319.
- Ravindran, P., F.C. Owens, A. Costa, B.P. Rodrigues, M. Chavesta, R. Montenegro, R. Shmulsky, A. Wiedenhoeft. 2023. Evaluation of test specimen surface preparation on macroscopic computer vision wood identification. Wood and Fiber Science. 55(2): 176-202. https://doi.org/10.22382/wfs-2023-15.
- Ayanleye, S., F. Quin, X. Zhang, R. Shmulsky. 2023. Development of lignin-reinforced polyurethane adhesive for glued laminated timber. Journal of Adhesion Science. 17 p. https://doi.org/10.1080/01694243.2023.2235799
- Khademibami, L., K.B. Ward, R.D. Seale, R. Shmulsky, J.T. Ratcliff. 2023. Flexural properties of three-ply bolt-laminated pine mats. Forest Products Journal. 73(2). 5 pages. Doi: 10:13073/FPJ-D-22-00075.
- Correa, L.M.S., R. Shmulsky, R.J. Ross. 2023. Effect of notching on three-ply southern pine cross-laminated timber panel stiffness and strength. Forest Products Journal. 73(2):146-153. doi:10.13073/FPJ-D-22-00071
- Khademibami, L, R. Shmulsky, C.A. Senalik, R.D. Seale, R.J. Ross, M. Mohammadabadi, K. Ward, T. Williamson. 2023. Flexural testing of structural insulated panels before and after creep testing. Bioresources. DOI: 10.15376/biores.18.2.3319-3327. 18(2), 3319-3327.
- Montague, I., M. Craig, R. Shmulsky. 2023. From refuse to reuse: how much do consumers know about the reclaimed lumber industry? Forest Products Journal. 73(1):43-52. Doi:10.13073/FPJ-D-22-00053.
- Ayanleye, S., F. Quin, X. Zhang, H. Lim., R. Shmulsky. 2023. Preservatives penetration and retention in post-treated CLT panels with different layup and thickness. Journal of building Engineering. 67(2023): 106009. 13 p. https://doi.org/10.1016/j.jobe.2023.106009.
- Snow, R.D., R. Shmulsky, G.S. Bobadilha, D.J.V. Lopes. 2022. Bending strength and stiffness of three-ply bolt-laminated mixed oak and hardwood industrial mats. Bioresources. DOI: 10.15376/biores.17.1.1354-1363.

4

APPENDIX A

- Senalik, C.A., R.J. Ross, C.E. Stokes, T.S. Franca, R. Shmulsky. 2022. Assessing biological deterioration in wood with acoustic-based techniques-a review. General Technical Report. FPL-GTR-291. Madison, WI. U.S. Department of Agriculture, Forest Service, Forest Products Laboratory. 12 p. https://doi.org/10.2737/FPL-GTR-291.

- Correa, L.M.S., F. Franca, R. Shmulsky, R.D. Seale, R.J. Ross, C. Senalik. 2022. Evaluation of MOE and MOR of CLT with longitudinal vibration NDE techniques. USDA Forest Service, Forest Products Laboratory. Research Paper FPL-RP-714. 11 p.

- Ravindran, P., A.C. Wade, F.C. Owens, R. Shmulsky, A.C. Wiedenhoeft. 2022. Towards sustainable North American wood product value chains, part 2: computer vision identification of ring-porous hardwoods. Canadian Journal of Forest Research. 52:1-14 (2022). Dx.coi.org/10.1139/cjfr-2022-077.

- Snow, D., L. Khademibami, A. Sherrington, R. Shmulsky, I. Montague, R.J. Ross, X. Wang. 2022. Effect of thermomechanical densification treatment on abrasion resistance of five US hardwoods. Forest Products Journal. 72(3): 175-179.

- Shmulsky, R., L. Khademibami, C.A. Senalik, R.D. Seale, R.J. Ross. 2022. The influence of foam discontinuity in the shear zone of structural insulated panel beams. Wood and Fiber Science. 54(3), 2022, pp. 187-195.

- Khademibami, L., R. Shmulsky, D. Snow, A. Sherrington, I. Montague, R.J. Ross, X. Wang. 2022. Wear resistance and hardness assessment of five US hardwoods for bridge decking and truck flooring. Forest Products Journal. 72(S1):8-13. Doi:10.13073/FPJ-D-21-00074.

- Zhang, X., Elsayed, I., Nayanathara, R.M.O., Song, X., Shmulsky, R., Hassan, E.B. 2022. Biobased hierarchically porous carbon featuring micron-sized honeycomb architecture for $CO_2$ capture and water remediation. Journal of Environmental Chemical Engineering. 10(3), June 2022, 107460. https://doi.org/10.1016/j.jece.2022.107460. 10 pages.

- França, T.S.F.A., França, F.J.N., Seale, R.D. Ross R.J., Shmulsky, R. (2022) Flexural properties of visually graded southern pine 2x4 and 2x6 structural lumber. BioResources, 17(1):1855-1867.

- Ravindran, P., F.C. Owens, A.C. Wade, R. Shmulsky, A.C. Wiedenhoeft. 2021. Towards sustainable North American wood product value chains, part I: computer vision identification of diffuse porous hardwoods. Frontiers in Plant Science. Doi: 10.3389/fpls.2021.758455.

- Verrill, S.P., F.C. Owens, R. Shmulsky, R.J. Ross. Java image analysis program for lumber knots, and relate nonlinear least squares routines for fitting lumber modulus of rupture to strength predictors. General Technical Report FPL-GTR-288. Madison, WI: U.S. Department of Agriculture, Forest Service, Forest Products Laboratory. 18 p.

- Ross, R.J., C.A. Senalik, R. Shmulsky, B.K. Brashaw. 2021. Development of field Inspection Practices for Wood structures on fire-prone lands – Application of state-of-the-art condition assessment techniques. General Technical Report FPL-GTR-285. Madison, WI: U.S. Department of Agriculture, Forest Service, Forest Products Laboratory. 15 p.

- Cosovic, B., H. Lim, R. Shmulsky, F. Lam. 2021. Flexural and shear performance of wood composite panel with embedded cross-laminations. ASCE Journal of Materials and Civil Engineering. 34(1):04021400. 10 p.

- Shmulsky, R., L.M.S. Correa, and F.Quin. 2021. Strength and stiffness of 3-ply industrial bamboo matting. Bioresources. 16(3), 6392-6400.

- Shmulsky, R., Dowd, M.K., Lopes, D.J.V., G.D. Miller, Jr., E.D. Entsminger. Production of yellow poplar plywood with cottonseed-based protein adhesives. Wood and Fiber Science. 53(3):206-215.

- Shmulsky, R., L.A. Yeary, J.M. Allen. Light frame wood truss roof collapse in Mississippi, a case study. Wood and Fiber Science. 53(3):228-236.

- Shmulsky, R., F.J.N. Franca, J.T. Ratcliff, B. Farber, C.A. Senalik, R.J. Ross, R.D. Seale. Compression properties of small clear southern yellow pine specimens tested across five decades. Forest Products Journal. 71(2):7 p.

5

APPENDIX A

- Franca, F.J.N., R. Shmulsky, J.T. Ratcliff, B. Farber, C.A. Senalik, R.J. Ross, R.D. Seale. Yellow pine small clear flexural properties across five decades. Forest Products Journal. 71(2):8p.
- Montague, I., K. Stout, R. Shmulsky. 2021. Love it or leave it: what do millennials really think of wood products? Forest Products Journal. 71(2):150-160.
- Nistal, F.J.N, R. Shmulsky, T. Ratcliff, B. Farber, C.A. Senalik, R.J. Ross, R.D. Seale. 2021. Interrelationships of specific gravity, stiffness, and strength of yellow pine across five decades. Bioresources. 16(2), 3815-3826.
- Shmulsky, R., Lopes, D.J.V., Rodrigues, B.P., Bobadilha, G.D.S. 2021. Strength and stiffness of 8-inch and 12-inch deep mixed oak bolt-laminated timber mats. Bioresources. 16(2), 3298-3303.
- Ross, R.J., R. Shmulsky. Some mechanical properties of hardwood-based particle composite materials. USDA Forest Service, FPL-GTR-283. March 2021.
- Seale, R.D., R. Shmulsky, F.J.N. Franca. Non-destructive lumber and engineered pine products research in the Gulf South U.S. 2005-2020. Forests 2021, 12, 91. Doi.org/10.3390/f12010091. 9 p.
- Turkot, C.G., R.D. Seale, E.D. Entsminger, F.J.N. Franca, R. Shmulsky. 2021. Nondestructive evaluation of red oak and white oak species. Forest Products Journal. 70(3):370-377.
- Telmadarrehei, T., J.D. Tang, O. Raji, A. Rezazadeh, L. Narayanan, R. Shmulsky, D. Jeremic. 2020. A study of the gut bacterial community of *Reticulitermes virginicus* exposed to chitosan treatment. Insects. 2020, 11, 681; doi:10.3390/insects11100681. 17 p.
- Zhang, X., I. Elsayed, X. Song, R. Shmulsky, E.B. Hassan. 2020. Microporous carbon nanoflakes derived from biomass cork waste for $CO_2$ capture. Science of the Total Environment. 748(15) December 2020, 142465. 12 p.
- Verrill, S.P., F.C. Owens, M.A. Arvanitis, D.E. Kretschmann, R. Shmulsky, R.J. Ross, P. Lebow. 2020. Estimated probability of breakage of lumber of a fixed "grade" can vary greatly from mill to mill and time to time. USDA Forest Service, FPL-RP-705. 8/2020.
- Anderson, G.C., F.C. Owens, F. Franca, R.J. Ross, R. Shmulsky. 2020. Correlations between grain angle meter readings and bending properties of mill-run southern pine lumber. 70(3):275-278.
- Franca, F.J.N., T.S.F.A. Franca, R.D. Seale, R. Shmulsky. 2020. Use of longitudinal vibration and visual characteristics to predict mechanical properties of No. 2 southern pine 2x8 and 2x10 lumber. Wood and Fiber Science. 52(3):280-291.
- Khademibami, L., H.M. Barnes, D. Jeremic, R. Shmulsky, K. Bourne, S.A. Fatemi. 2020. Antifungal activity and fire resistance properties of nano-chitosan treated wood. Bioresources. 15(3), 5929-5939.
- Irby, N.E., F.J.N. Franca, H.M. Barnes, R.D. Seale, R. Shmulsky. 2020. Effect of growth rings per inch and specific gravity on compression perpendicular to grain in No. 2 2x8 and 2x10 southern pine lumber. Forest Products Journal. 70(2):213-220.
- Shmulsky, R., L.M. Spinnelli Correa, R.J. Ross, B. Farber. 2020. Ductility and brittleness in small clear notched S-P-F beams. Wood and Fiber Science. 52(2): 2020, pp. 230-236
- Owens, F.C., S.P.Verrill, R. Shmulsky, R.J. Ross. 2020. Distributions of MOE and MOR in eight mill-run lumber populations (four mills at two times). Wood and Fiber Science. 52(2): 2020, pp. 165-177.
- Owens, F.C., R.D. Seale, and R. Shmulsky. 2020. Strength and stiffness of 8-inch deep mixed hardwood composite timber mats. Bioresources. 15(2), 2495-2500.
- Irby, N.E., F.J.N. Franca, H.M. Barnes, R.D. Seale, R. Shmulsky. 2020. Effect of growth rings per inch and density on compression parallel to grain in southern pine lumber. Bioresources. 15(2), 2310-2325.
- Verrill, S.P., F.C. Owens, D.E. Kretschmann, R. Shmulsky, L. Brown. 2019. Visual and MSR grades of lumber are not two-parameter Weibulls and why it matters (with a discussion of censored data fitting). USDA Forest Service, FPL-RP-703. 12/2019.
- Barbosa, M.C., J. Street, F.C. Owens, R. Shmulsky. 2019. The effect of multiple knots in close proximity on southern pine lumber properties. Forest Products Journal. 69(4):278-282.
- Anderson, G.C., F.C. Owens, R. Shmulsky, R.J. Ross. 2019. Within-mill variation in the means and variances of MOE and MOR of mill-run lumber over time. Wood and Fiber Science. 51(4):387-401.

6

APPENDIX A

- S. Verrill, F. Owens, D. Kretschmann, R. Shmulsky, and L. Brown, "Visual and MSR Grades of Lumber Are Not 2-parameter Weibulls and Why This May Matter," *Journal of Testing and Evaluation*, 48(5) (September/October 2020): 3946-3962. https://doi.org/10.1520/JTE20180472.
- Cao, G., R. Shmulsky, M. Liu, E. Entsminger, B. Via, H. Wan. 2019. Characterizing star-sawn pattern-produced orthogonally glued specimens of southern pine. Forest Products Journal. 69(1):53-60.
- Owens, F.C., S.P. Verrill, R. Shmulsky, R.J. Ross. 2019. Distributions of modulus of elasticity and modulus of rupture in four mill-run lumber populations. Wood and Fiber Science. 51(2): 2019, pp 183-192.
- Zhang, X., Y. Kim, T.L. Eberhardt, R. Shmulsky. 2019. Lab-scale structural insulated panels with lignin-incorporated rigid polyurethane foams as core. Industrial Crops and Products. 132(6/2019):292-300.
- Franca, F.J.N., R.D. Seale, R. Shmulsky, T.S.F.A. Franca. 2019. Assessing southern pine 2x4 and 2x6 lumber quality: longitudinal and transverse vibration. Wood and Fiber Science. 51(1): 14 p.
- Verrill, S.P., F.C. Owens, D.E. Kretschmann, R. Shmulsky. 2018. A fit of a mixture of bivariate normal to lumber stiffness-strength data. USDA Forest Service, Forst Products Laboratory, FPL-RP-696. 44 p.
- Cao, Y., J. Street, B. Mitchell, F. To, J.L. Dubien, R.D. Seale, R. Shmulsky. 2018. Effects of knots on horizontal shear strength in southern yellow pine. Bioresources. 13(2):4509-4520.
- Zhang, X., D. Jeremic, Y, Kim, J. Street, R. Shmulsky. 2018. Effects of surface functionalization of lignin on synthesis and properties of rigid bio-based polyurethane foams. Polymers. 2018, 10, 706. 15 p.
- Gordon, J.S., J.B. Auel, N. Blair-Agyeman, I. Montague, R. Shmulsky. 2018. Infrastructure enhancement to support value-added bioproduct recovery. Natural Resources. 09(04):129-149.
- Olalekan, J., F.C. Owens, E.D. Entsminger, R.D. Seale, R. Shmulsky. 2018. Strength and stiffness properties of small clear specimens taken from commercially procured no. 2 2x8 and 2x10 southern pine dimension lumber. Wood and Fiber Science. 363-369.
- Owens, F.C., S.P. Verrill, R. Shmulsky, D.E. Kretschmann. 2018. Distributions of MOE and MOR in a full lumber population. Wood and Fiber Science. 50(3):265-279.
- Franca, F.J.N., R.D. Seale, R.J.Ross, R. Shmulsky, T.S.F. Amorim Franca. Using transverse vibration nondestructive testing techniques to estimate stiffness and strength of southern pine lumber. USDA, Forest Service, FPL-RP-695. July 2018.
- Franca, T.S.F.A., F.J.N. Franca, R.D. Seale, R. Shmulsky. 2017. Bending strength and stiffness of No.2 grade southern pine lumber. Wood and Fiber Science. 50(2):205-219.
- Han, S., R.D. Seale, R. Shmulsky. 2018. An exploratory study of smartphone and smartphone application use in the U.S. forest products industry. Bioresources. 13(1):869-880.
- Verrill, S.P., F.C. Owens, D.E. Kretschmann, R. Shmulsky. 2017. Statistical models for the distribution of modulus of elasticity and modulus of rupture in lumber with implications for reliability calculations. USDA Forest Service, Forest Products Laboratory. FPL-RP-692. December.
- Yang, B.Z., R.D. Seale, R. Shmulsky, J. Dahlen, X. Wang. 2017. Comparison of Nondestructive testing methods for evaluating No. 2 southern pine lumber: Part B, modulus of rupture. Wood and Fiber Science. 49(2):134-145.
- Catchot, T., F.C. Owens, R. Shmulsky, H.M. Barnes. 2017. Comparison of Wood Utility Crossarm Properties from 1995 and 2015. Forest Products Journal. 67(1/2):50-54 pp.
- Catchot, T., F.C. Owens, R. Shmulsky, R.D. Seale. 2017. Using nondestructive testing to identify premium grades in southern pine and Douglas-fir utility crossarms. Wood and Fiber Science. 49(1):105-112.
- Shmulsky, R., E.D. Entsminger, J. McNeel. 2016. Timber Pile Design & Construction Manual. Copyright Southern Pressure Treater's Association. 133 p.
- Liu, X., Y.Wu, R. Shmulsky, Y. Luo, W. Wang, I. Chu; H. Wan. 2016. Developing a renewable Hybrid Resin System. Part 1: characterization of Co-Polymers of Isocyanate with Different Molecular Weights of Phenolic Resins. Bioresources, 11(2):5299-5311.

APPENDIX A

- Seale, R.D., R. Shmulsky, E.D. Entsminger, A. Bartuli, and S. Belalami. 2016. Field test of a novel nondestructive testing device on wood distribution poles. Wood and Fiber Science. 48(3): 156-161.
- Yang, B.Z., Seale, R.D., Shmulsky, R., Dahlen, J., Wang, X. 2015. Comparison of nondestructive testing methods for evaluating No. 2 Southern Pine Lumber: Part A, Modulus of Elasticity. Wood and Fiber Science. 47(4): 375-384.
- Shmulsky, R., E.D. Entsminger, J. McNeel. 2015. Timber Pile Design & Construction Manual. Copyright Southern Pressure Treater's Association. 133 p.
- Mao, A., R. Shmulsky, Q. Li, H. Wan. 2015. Recycling Polyurethane Materials: A Comparison of Polyol from Glycolysis with Micronized Polyurethane Powder in Particleboard Application. Bioresources. 9(3): 4253-4265.
- Dahlen, J., P.D. Jones, R.D. Seale, R. Shmulsky. 2014. Bending strength and stiffness of wide dimension southern pine No. 2 lumber. European Journal of Wood Products. (2014)72:759-768.
- Yang B.Z., Seale, R.D., Dahlen, J., Shmulsky, R., and Jones, P.D., 2014. Bending properties of a novel engineered composite from southern pine lumber. Springer – European Journal of Wood and Wood Products. 72(5): 601-607.
- Dahlen, J., P.D. Jones, R.D. Seale, R. Shmulsky. 2014. Sorting lumber by pith and its effect on stiffness and strength in southern pine number 2 2x4 lumber. Wood and Fiber Science. 46(2): 186-194.
- Dahlen, J., P.D. Jones, R.D. Seale, R. Shmulsky. 2013. Physical property variability and their effect on specific gravity and modulus of elasticity in southern pine N. 2 2x4 lumber. Canadian Journal of Forest Research.
- Dahlen, J., P.D. Jones, R.D. Seale, R. Shmulsky. 2013 Mill variation in bending strength and stiffness of in-grade southern pine No. 2. 2x4 lumber. Wood Science and technology.
- Dahlen, J., P.D. Jones, R.D. Seale, R. Shmulsky. 2013 Mill variation in bending strength and stiffness of in-grade Douglas-fir No. 2. 2x4 lumber. Wood Science and technology.
- Callicutt, J.T., R.M. Kaminski, R. Shmulsky, M.L. Schummer, J.P. Lestrade. 2013. Acoustical comparison between decrescendo calls of female mallards and mimicry by humans using artificial duck calls. Wildlife Society Bulletin. DOI: 10.1002/wsb.228. 6 p.
- Dahlen, J. P.D. Jones, R.D. Seale, R. Shmulsky. 2012. Bending strength and stiffness of in-grade Douglas-fir and southern pine No. 2 2x4 lumber. Canadian Journal of Forest Research. 42:858-867 (2012).
- Kakeh, M., J. Dahlen, R. Shmulsky, P.D. Jones, R.D. Seale. 2012. Bowtie beams: novel engineered structural beams from southern pine lumber. Wood and Fiber Science. 44(3):1-9.
- Stroble, III, M.F., I.L. Howard, R. Shmulsky. 2012. Wood construction platform design using instrumentation. Wood Material Science and Engineering. 7:13-24.
- Dahlen, J.M., M.L. Prewitt, R. Shmulsky, P.D. Jones. 2011. Hazardous air pollutants and VOCs emitted during kiln drying of southern pine lumber dried to interior and export moisture specifications. Forest Products Journal. 61(3):229-234.
- Dahlen, J., R. Shmulsky, P.D. Jones. 2011. Volatile organic compounds emitted during the kiln drying of southern pine utility poles. Forest Prod. J. 60(7/8):629-631.
- Kitchens, S.C., R. Shmulsky, H.M. Barnes. 2011. Assessment of Forest Products Undergraduate Education in the United States. Wood and Fiber Science. 43(1):92-94.
- Green, B., P.D. Jones, L.R. Schimleck, D.D. Nicholas, R. Shmulsky. 2010. Rapid assessment of southern pine decayed by *G. Trabeum* by near infrared spectra collected from the radial surface. Wood and Fiber Science. 42(3) 10 pp.
- McConnell, T.E., S.Q. Shi, R. Shmulsky. 2009. Technical note: A preliminary study on the bending stiffness of chemically treated wood material for structural composite lumber. Wood and Fiber Science. 41(3);322-324.
- Mlsna, T., R. Shmulsky, S. Millar. 2008. Continuous monitoring of VOCs during kiln drying with a MEMS chemical sensor. American Laboratory. 1(2):19-22.

8

APPENDIX A

- Dahlen, J., R. Shmulsky. 2008. Grade improvement during drying with a pre-commercial prototype restraint device of 2x4s sawn from loblolly pine thinnings. Forest Products Journal. 58(3):91-94.
- Shmulsky, R., J. Dahlen. 2008. Laboratory scale VOC emissions testing of air-dried basswood lumber. Forest Products Journal. 58(4):94-96.
- Armstrong, J., R. Shmulsky. 2008. Accreditation: Elevating programs, the profession, and SWST, an editorial. Wood and Fiber Science. 40(4):481-483.
- Shmulsky, R., Shi, S. 2008. Development of novel industrial laminated planks from sweetgum lumber. ASCE J. of Bridge engineering. 13(8):64-66.
- Shmulsky, R., C.L. Saucier, I.L. Howard. 2008. Composite effect of bolt-laminated sweetgum and mixed hardwood billets. Journal of Bridge Engineering. 13(5):547-549.
- Slay, R., R. Shmulsky, R.D. Seale. 2007. Acoustic velocity as a means to detect damage 4-inch diameter pine poles stressed in bending beyond their proportional limit. Forest Prod. J. 57(7/8):90-91.
- Shmulsky, R. and J.M. Dahlen. 2007. Influence of sawing solution and pith location on warp in 2x4 lumber sawn from small diameter loblolly pine stems. Forest Prod. J. 57(7/8):73-75.
- Shmulsky, R., R.D. Seale, R.D. Snow. 2006. Analysis of acoustic velocity as a predictor of stiffness and strength in 5-inch-diameter pine dowels. Forest Prod. J. 56(9):53-55.
- Shmulsky. R. 2006. Dimensional stabilization of pine four-by-fours via restraint drying. Forest Prod. J. 56(3):41-43.
- Shmulsky, R. and V. Shvets. 2006. The effect of subzero temperatures on FSP of cottonwood. Forest Prod. J. 56(2):74-77.
- Bartekova, A., C. Lungu, R. Shmulsky, P. Huelman, J.Y. Park. 2006. Laboratory evaluation of oriented strand board samples with respect to VOC emissions. Forest Prod. J. 56(2):85-90.
- Shmulsky, R. and D. Butler. 2005. Shrinkage and grade retention in restraint-dried thick dimension loblolly pine. For. Prod. J. 55(11):34-36.
- Shmulsky, R., R.W. Erickson, D.L. Buckner, G. Li., 2005. Field test of edgewise restraint southern pine lumber drying. For. Prod. J. 55(10):25-27.
- Shmulsky, R., R.W. Erickson, P.H. Steele, D.L. Buckner. 2005. Warp reduction of SYP lumber by restrained drying. For. Prod. J. 55(9)37-41.
- Erickson, R.W., and R. Shmulsky. 2005. Warp reduction of red pine two-by-fours via restrained drying. For. Prod. J. 55(9)84-86.
- Shmulsky, R. 2004. Effect of Lamina Thickness on Parallel-To-Grain Strength in Small Douglas-Fir Samples. J. Bridge Engineering, American Society of Civil Engineers. 9(3):308-309.
- Shmulsky, R. 2004. EMC response along the tensile face of small wood beams. Wood Sci. and Tech. Springer. 37(2004):447-449.
- Brochmann, J., C. Edwardson, R. Shmulsky. 2004. Influence of resin type and flake thickness on properties of OSB. For. Prod. J. 54(3):51-55.
- Shmulsky, R. and R.W. Erickson. 2004. Twist assessment and reduction in southern pine 2x4s. For. Prod. J. 54(4):66-68.
- Shmulsky, R. 2002. Effect of log storage on structural veneer processing. For. Prod. J. 52(4):82-84.
- Shmulsky, R., K. Kadir, and R. W. Erickson. 2002. Effect of air velocity on the drying of red oak lumber. For. Prod. J. 52(1):78-80.
- Shmulsky, R. and H. Castillo. 2001. Accelerated kiln schedules for drying of hackberry, red oak, and sweetgum lumber. For. Prod. J. 51(11/12):33-36.
- Shmulsky, R., K. Kadir, and R. W. Erickson. 2001. Effect of sample geometry on EMC and hysteresis of red oak (Quercus Sp.). Wood and Fiber Sci. 33(4):662-666.
- Shmulsky, R. 2001. Effect of water spray log storage on southern pine veneer drying. Drying Technology, an International J. 19(6):1157-1162.
- Shmulsky, R. 2001. Proportional Surface Drying of Small Loblolly Pine Cubes at 120 Degrees Celsius. For. Prod. J. 51(4):90-92.

9

APPENDIX A

- Shmulsky, R. 2001. High temperature drying from the three primary orthogonal surfaces of loblolly pine. Drying Tech. an International J. 19(3):651-657.
- Shmulsky, R. and F. W. Taylor. 2001. Evaluation of Energy Conservation by Second-Stage Drying. For. Prod. J. 51(3):75-78.
- Shmulsky, R. and L. L. Ingram Jr.  2000. Empirical prediction of VOC emissions from drying SYP lumber. For. Prod. J. 50(6):61-63.
- Shmulsky, R. 2000. Influence of end grain on VOC emissions from kiln drying loblolly pine lumber. For. Prod. J. 50(5):21-23.
- Ingram, L. L., Jr., R. Shmulsky, A. L. Thompson, F. W. Taylor, M. C. Templeton. 2000. The measurement of VOC emissions from drying SYP lumber in a lab-scale kiln. For. Prod. J. 0(4):91-94.
- Shmulsky, R. 2000. Influence of drying schedule on VOC emissions from kiln drying loblolly pine lumber. For. Prod. J. 50(4):45-48.
- Shmulsky, R. 2000. Influence of lumber dimension on VOC emissions from kiln drying loblolly pine lumber. For. Prod. J. 50(3):63-66.
- Steele, P. H., L. Kumar, R. Shmulsky. 2000. Differentiation of knots, distorted-grain, and clear wood by RF scanning. For. Prod. J. 50(3):58-62.
- Shmulsky, R., F. Taylor. 1999. Effect of water spray storage of southern pine logs on the drying and shrinkage of lumber. For. Prod. J. 49(11/12):75-77.
- Steele, P., J. Wiedenbeck, R. Shmulsky, and A. Perera. 1999. The influence of lumber grade on machine productivity in the rough mill. For. Prod. J. 49(9):48-54.
- Su, W., J. Boerner, U. Hooda, H. Yan, S. Banerjee, R. Shmulsky, L. Ingram Jr., T. Conners. 1999. VOC extraction from softwood through low-headspace heating. Holzforchung. 53(1999)641-647.
- Steele, P., A. Perera, O. Harding, and R. Shmulsky. 1999. The potential for straight line ripping prior to crosscutting hardwood lumber. For. Prod. J. 49(3):46-49.
- Quin, F. Jr., P. Steele, and R. Shmulsky. 1998. Locating knots in wood with an IR detector system. For. Prod. J. 48(10):80-84.